# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARONDA J. HAYES,

        **Plaintiff,**

-v-

MICHAEL W. WYNNE,
Secretary of the Air Force

        **Defendant.**

Case No. 3:08-cv-060

Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATIONS (Doc. #20) IN ITS ENTIRETY; OVERRULING HAYES' OBJECTIONS (Doc. #22) TO THE REPORT AND RECOMMENDATIONS; GRANTING THE GOVERNMENT'S MOTION TO DISMISS WHICH HAS BEEN CONVERTED TO A MOTION FOR SUMMARY JUDGMENT; AND TERMINATING THIS CASE**

---

Plaintiff LaRonda J. Hayes ("Hayes") brings this case pro se against Michael W. Wynne, Secretary of the United States Air Force. Hayes claims that during and after her employment as a child care worker at Wright Patterson Air Force Base, her supervisors or managers violated her rights and treated her wrongfully.

On September 18, 2008, the Government moved to dismiss Hayes' Complaint. (Doc. #11.) On June 15, 2009, Magistrate Judge Sharon L. Ovington issued a Report and Recommendations recommending that the Government's Motion To Dismiss be converted to a Motion for Summary Judgment and that Summary Judgment be granted to the Government on Hayes' Complaint.

To this Hayes objected. (Doc. #22.) The Government has responded to Hayes' objections. (Doc. #23.) Hayes' objections are, therefore, before the Court and ripe for decision.

Based upon the reasoning and citations of authority set forth in the Magistrate Judge's Report and Recommendations (doc. #20), in Hayes' Objections (doc. #22) and in the Government's Response (doc. #23), as well as upon a thorough de novo review of this Court's file and a thorough review of the applicable law, all pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b), this Court adopts the aforesaid Report and Recommendations in its entirety and, in so doing, GRANTS summary judgment to the Government on Hayes' Complaint. Finally, Hayes' Objections to the Magistrate Judge's Report and Recommendations are OVERRULED.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Fifteenth day of July, 2009.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Laronda J. Hayes
Counsel of Record